**[J-48-2026]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: NOMINATION PETITION OF TODD
ELLIOT KOGER, SR. AS DEMOCRATIC
CANDIDATE FOR THE 34TH LEGISLATIVE
DISTRICT

APPEAL OF: TODD ELLIOT KOGER, SR.

: No. 10 WAP 2026
:
: Appeal from the order of the
: Commonwealth Court at No. 114
: MD 2026 dated March 25, 2026.
:
:
: SUBMITTED: April 5, 2026

## ORDER

**PER CURIAM**

   **AND NOW,** this 7th day of April, 2026, the order of the Commonwealth Court is

**AFFIRMED**.